**Exhibit 3**

**Consolidated Financial Projections**

The Projections are the consolidated financial projections of the Reorganized Debtors that incorporate the estimated effect of the transactions contemplated by the Plan on the Reorganized Debtors' capitalization, statement of operations, balance sheets, and cash flow for the year ending October 29, 2005, the stub period ending December 31, 2005, and the four years ending December 31, 2006 through December 31, 2009. The Projections, summarized below, should be read in conjunction with the assumptions and qualifications set forth herein. These Projections have been evaluated by TRG and Imperial; TRG and Imperial do not assume any responsibility for independent verification of any of the information that was provided and relied on such information being complete and accurate in all material respects.

*Projected Consolidated Income Statement*
*Fiscal Year Ending October 29, 2005, Stub Period Ending December 31, 2005 and Fiscal Years Ending December 31,*
*Unaudited ($s in 000s)*

| INCOME STATEMENT | Est. FY2005 | Stub Period | Projections FY2006 | FY2007 | FY2008 | FY2009 |
|---|---|---|---|---|---|---|
| Net Sales | $188,506 | $27,749 | $191,260 | $220,071 | $243,672 | $269,469 |
| *YoY % Growth* | *(13.6%)* | *N/A* | *1.5%* | *15.1%* | *10.7%* | *10.6%* |
| Total Cost of Goods Sold | 167,623 | 22,797 | 150,215 | 170,457 | 188,155 | 207,167 |
| Gross Profit | 20,883 | 4,952 | 41,044 | 49,615 | 55,517 | 62,302 |
| *% Margin* | *11.1%* | *17.8%* | *21.5%* | *22.5%* | *22.8%* | *23.1%* |
| | | | | | | |
| SG&A | 41,464 | 4,941 | 33,854 | 35,711 | 37,951 | 40,387 |
| Legal & Professional Fees | 10,800 | - | - | - | - | - |
| Total SG&A | 52,264 | 4,941 | 33,854 | 35,711 | 37,951 | 40,387 |
| Operating Income | (31,381) | 11 | 7,190 | 13,904 | 17,566 | 21,915 |
| *% Margin* | *nmf* | *0.0%* | *3.8%* | *6.3%* | *7.2%* | *8.1%* |
| | | | | | | |
| Interest Expense | 33,584 | 1,649 | 9,300 | 9,042 | 8,757 | 9,005 |
| Restructuring Charges | 2,025 | 600 | 180 | - | - | - |
| Minority Interest | 101 | - | - | - | - | - |
| | | | | | | |
| Pretax Income | (67,091) | (2,238) | (2,291) | 4,862 | 8,809 | 12,910 |
| | | | | | | |
| Income Tax Expense | 1,440 | 200 | 1,278 | 3,094 | 3,183 | 4,618 |
| | | | | | | |
| Net Income to Common | (68,532) | (2,438) | (3,568) | 1,768 | 5,626 | 8,291 |
| *% Margin* | *nmf* | *nmf* | *nmf* | *0.8%* | *2.3%* | *3.1%* |
| | | | | | | |
| EBIT (After Professional / Legal Fees) | (33,507) | (589) | 7,010 | 13,904 | 17,566 | 21,915 |
| *% Margin* | *nmf* | *nmf* | *3.7%* | *6.3%* | *7.2%* | *8.1%* |
| Adjustments: | | | | | | |
| Add: Dep'n and Amortization | 7,178 | 1,200 | 7,200 | 7,200 | 7,200 | 7,200 |
| Add: Restructuring Charges (Cash) | 2,025 | 600 | 180 | - | - | - |
| EBITDA (After Professional / Legal Fees) | (24,304) | 1,211 | 14,390 | 21,104 | 24,766 | 29,115 |
| Add: Legal & Professional Fees | 10,800 | - | - | - | - | - |
| EBITDA (Before Professional / Legal Fees) | (13,504) | 1,211 | 14,390 | 21,104 | 24,766 | 29,115 |

*Projected Consolidated Balance Sheet*
*Fiscal Year Ending October 29, 2005, Stub Period Ending December 31, 2005*
*and Fiscal Years Ending December 31,*
*Unaudited ($s in 000s)*

| BALANCE SHEET | Projections | | | | | |
|---|---|---|---|---|---|---|
| | FY2005 | Stub Period | FY2006 | FY2007 | FY2008 | FY2009 |
| **Assets** | | | | | | |
| Operating Cash | $ - | $ - | $ - | $ - | $13,037 | $29,112 |
| Restricted Cash | 7,665 | 7,665 | 7,665 | 7,665 | 7,665 | 7,665 |
| Accounts Receivable | 19,488 | 18,706 | 20,185 | 23,623 | 26,935 | 29,688 |
| Inventory | 33,828 | 33,041 | 34,181 | 35,307 | 35,307 | 35,307 |
| Other Current Assets | 4,520 | 4,520 | 4,520 | 4,520 | 4,520 | 4,520 |
| Total Current Assets | 65,501 | 63,932 | 66,550 | 71,115 | 87,464 | 106,293 |
| Net PP&E and Other Assets | 35,067 | 34,067 | 28,067 | 22,067 | 16,067 | 10,067 |
| Total Assets | 100,568 | 97,999 | 94,617 | 93,182 | 103,531 | 116,360 |
| **Liabilities and Stockholders' Equity** | | | | | | |
| Post-Petition Accounts Payable | 4,869 | 8,507 | 14,365 | 16,613 | 18,842 | 20,629 |
| Customer Deposits | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 |
| Accrued Expenses | 13,096 | 13,138 | 13,390 | 13,642 | 13,663 | 13,684 |
| Total Current Liabilities | 23,849 | 27,530 | 33,639 | 36,140 | 38,390 | 40,198 |
| Total Debt | 86,883 | 83,071 | 77,148 | 71,444 | 73,917 | 76,646 |
| Other Liabilities | 1,040 | 1,040 | 1,040 | 1,040 | 1,040 | 1,040 |
| Total Liabilities | 111,772 | 111,641 | 111,828 | 108,624 | 113,347 | 117,885 |
| Shareholders' Equity | (11,204) | (13,642) | (17,210) | (15,442) | (9,816) | (1,525) |
| Total Liabilities and Stockholders' Equity | 100,568 | 97,999 | 94,617 | 93,182 | 103,531 | 116,360 |

*Projected Statement of Cash Flow*
*Fiscal Year Ending October 29, 2005, Stub Period Ending December 31, 2005*
*and Fiscal Years Ending December 31,*
*Unaudited ($s in 000s)*

| CASH FLOW STATEMENT | Projections | | | | |
|---|---|---|---|---|---|
| | Stub Period | FY2006 | FY2007 | FY2008 | FY2009 |
| **Operating Activities** | | | | | |
| Net Income | ($2,438) | ($3,568) | $1,768 | $5,626 | $8,291 |
| Depreciation | 1,200 | 7,200 | 7,200 | 7,200 | 7,200 |
| Changes in Working Capital | 5,250 | 3,491 | (2,064) | (1,062) | (945) |
| Cash Flow from Operating Activities | 4,012 | 7,123 | 6,904 | 11,763 | 14,546 |
| **Investing Activities** | | | | | |
| Capital Expenditures | (200) | (1,200) | (1,200) | (1,200) | (1,200) |
| Cash Flow from Operating Activities | (200) | (1,200) | (1,200) | (1,200) | (1,200) |
| **Financing Activities** | | | | | |
| Cash Flow From Financing Activities | 340 | 2,124 | 2,345 | 2,481 | 2,729 |
| Increase / (Decrease) in Cash | 4,152 | 8,047 | 8,050 | 13,044 | 16,075 |

Assumptions to the Projections

The Debtors prepared the projected consolidated financial results for the year ending October 29, 2005, the stub period ending December 2005 and the four years ending December 31, 2006 through 2009. The Projections are based on a number of assumptions made by management with respect to the future performance of the Reorganized Falcon's operations; these assumptions are set forth below. The projections should be reviewed in conjunction with these assumptions, including the qualifications and footnotes set forth herein.

While management has prepared the Projections in good faith and believes the assumptions to be reasonable, the Debtors can provide no assurance that such assumptions will be realized.

The following summarizes the underlying assumptions behind the Projections:

**General**

1) *Methodology*: The Projections are consolidated projections for the Debtors and include non-Debtor entities.

2) *Plan consummation:* The Projections assume that the Plan will be confirmed and become effective on October 29, 2005.

3) The Company changes its fiscal year end to a calendar year. As such, there is a stub period of two months (November 2005 and December 2005). Fiscal year 2006 represents January 2006 through December 2006.

4) Management has assumed that the Debtors' business requires comprehensive overhaul. Accordingly the Projections assume significant changes to various parts of the operations of the business including consolidating the manufacturing facilities and support functions, the sales department and customer service, and administrative functions. The Projections assume the elimination of non-value added expense and unprofitable product families and product lines as described in additional detail below.

**Projected Statement of Operations**

5) *Revenues*: Revenues are assumed to grow at a compounded annual growth rate of 12.6% from the fiscal year ending 2005 to the fiscal year ending 2009. This growth is primarily attributable to new standard pricing, as discussed in greater detail below. Management is developing new standard product price lists that will have a tiered pricing model, with higher gross margin targets for low volume orders. In addition, management has analyzed all product offerings and plans to eliminate unprofitable lines and reduce the number of different styles and options available, focusing on low volume products and options. This will result in a short term reduction in sales.

6) *Gross Margins*: Gross margins are assumed to improve from 11.1% for the fiscal year 2005 to 23.1% for fiscal year 2009 due, among other things, to the following key initiatives: (i) product line rationalization and price increases (as discussed above); (ii) the outsourcing of certain unprofitable product families; (iii) facility consolidation to eliminate redundancy and overhead costs; (iv) the shift of production of larger volume orders to the Company's China subsidiary which is developing the capacity, capabilities, and sourcing network to support full production; (v) establishment of a new quoting organization to ensure large and custom orders are quoted to be profitable and to achieve targeted cost expectations; (vi) the identification of alternative sources for materials in order to achieve cost reduction targets; (vii) enhanced visibility and reach of quality management in manufacturing operations and field service; and (viii) process improvements in the manufacturing plants.

7) *SG&A:* SG&A costs are projected to decrease from $41.5 million in the fiscal year ending 2005 to $40.4 million in the fiscal year ending 2009 due, among other things, to the following key initiatives: (i) certain headcount reductions; (ii) consolidation of corporate headquarters; and (iii) the reorganization of its sales organization.

**Projected Cash Flow**

8) *Capital Expenditures*: Projections assume $1.2 million of maintenance capital expenditures annually.

9) *Debt Facility*: The Projections assume that the cash inflows generated from operations are not used to pay down debt after paydown of the Exit Facility and, as such, cash balance of $29.1 million (excluding restricted cash) is estimated at the year ending December 31, 2009.

10) *Taxes*: The Projections assume taxes equal to $1.2 million annually, relating to taxes related to foreign entities. In addition, the Projections assume the net operating losses of the Company are not preserved through emergence and have accordingly also assumed a 35% income tax rate.

**Balance Sheet**

11) The Projections have not been prepared in accordance with "fresh start" reporting principles. Upon emergence from Chapter 11 Case, the Debtors would be required to determine the amount by which reorganization value as of the Effective Date exceeds, or is less than the fair value of their assets as of the Effective Date.

12) *Cash and Cash Equivalents*: The cash balance at October 29, 2005 represents the Company's approximate cash balance upon emergence from bankruptcy. The projected year over year increase in cash assumes that all excess cash flows, after payment of the Exit Facility, will be held for investment and are not projected to reduce the outstanding balance of the Term Loan A.

13) *Current Assets:* The market value of the current assets (including Accounts Receivable, Inventory, and Prepaid and Other Assets) as of October 29, 2005 have been estimated by management utilizing the best available information at the time. Appraisals of the assets have not been performed. Year over year changes reflect projected increases in sales.

14) *Property and Equipment, net:* Management has utilized the best available information at the times of these Projections to estimate the value of Property and Equipment upon emergence.

Appraisals of the assets have not been performed. Year over year changes reflect projected capital expenditures and depreciation.

15) *Accounts Payable and Accrued Liabilities:* The Projections assume that all post petition trade payables are restated as a liability of the Reorganized Falcon. The value of these liabilities are assumed to increase to reflect terms provided by vendors and other normal accruals.